In the Matter of the Estate of ISABEL KILGALLEN, Deceased. FRANK M. KILGALLEN, as Administrator of the Estate of ISABEL KILGALLEN, Deceased, Appellant; EMMA FEUDNER et al., Respondents.— In a proceeding to discover property of a decedent, the administrator appeals from a decree of the Surrogate's Court, Kings County, dismissing his petition. Decree unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ. [204 Misc. 558.]